## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| PROFANT, INC. DBA BUSINESS NETWORK TEAM<br>2 Berea Commons, Suite 205<br>Berea, Ohio 44017, | ) ) ) ) | Case No.: 1:16-cv-00753 |
| Plaintiff, | ) ) ) | Judge: Dan A. Polster |
| vs. | ) ) | |
| MICHAEL WITKOWSKI<br>111 Riveredge Parkway<br>Berea, Ohio 44017 | ) ) ) ) | Magistrate: William H. Baughman, Jr. |
| and | ) ) | |
| U.S. NETWORK, INC.<br>3554 Brecksville Road, Suite 200<br>Richfield, Ohio 44286, | ) ) ) ) | **DEFENDANT U.S. NETWORK, INC.'S MOTION REGARDING SETTLEMENT CONFERENCE REPRESENTATIVE** |
| Defendants. | ) ) | |

Defendant U.S. Network, Inc. ("USN"), by counsel, respectfully moves the Court for permission for USN's Chief Technology Officer, Mark A. Venuto, to attend the upcoming settlement conference as the representative of USN. In support of this Motion, USN shows the Court as follows:

1.     On March 30, 2016, the Court held a teleconference with counsel in this matter. At that conference, the Court scheduled an in-person settlement conference beginning at 1 p.m. on Wednesday, April 13, 2016. (Minute Entry, 3/30/2016).

2.     The Court instructed the parties that the following individuals are to attend the settlement conference: lead counsel for all parties, the CEOs of Plaintiff and USN, and Defendant Witkowski. (*Id.*).

3.      Counsel for USN has conferred with USN's CEO who has indicated that USN's Chief Technology Officer is better positioned to address both the claims at issue in this case, including several computer-related claims, and the potential settlement of the matter.

4.      In this regard, USN's Chief Technology Officer, Mark A. Venuto, is himself a significant shareholder of USN and will possess full settlement authority at the judicial settlement conference on April 13th.

WHEREFORE, USN respectfully requests that Mr. Venuto be permitted to attend the settlement conference in lieu of USN's CEO, on the condition that Mr. Venuto possess full settlement authority, and for all other relief just and proper in the circumstances.

Respectfully Submitted,

*s/ Jason T. Clagg*
Jason T. Clagg, Esq.
BARNES & THORNBURG LLP
110 E. Wayne Street, Suite 600
Fort Wayne, Indiana 46802-3119
Tel: (260) 423-9440
Fax: (260) 424-8316
E-mail: jclagg@btlaw.com

ATTORNEY FOR U.S. NETWORK, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 4th day of April 2016, by electronically filing the same with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Russell Randazzo
Randazzo Law, L.L.C.
635 W. Lakeside Avenue #402
Cleveland, Ohio 44113

Frank J. Groh-Wargo
GROH-WARGO CO., L.P.A.
2 Berea Commons, Suite 215
Berea, Ohio  44017

Mark S. Fusco
Sara Rava Cooper
Walter Haverfield LLP
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio  44114

_s/ Jason T. Clagg_____
 Jason T. Clagg

DMS 3875527v1