**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| PROFANT, INC. DBA BUSINESS NETWORK TEAM<br>2 Berea Commons, Suite 205<br>Berea, Ohio 44017,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHAEL WITKOWSKI<br>111 Riveredge Parkway<br>Berea, Ohio 44017<br><br>and<br><br>U.S. NETWORK, INC.<br>3554 Brecksville Road, Suite 200<br>Richfield, Ohio 44286,<br><br>   Defendants. | Case No.: 1:16-cv-00753<br><br>JUDGE: Dan A. Polster<br><br>MAGISTRATE: William A. Baughman, Jr.<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT U.S. NETWORK, INC.** |

Defendant U.S. Network, Inc., through its attorneys, makes the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.13(b):

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? **NO**.

2. Does any publicly held corporation own 10% or more of the party's stock? **NO.**

3. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? **NO.**

Respectfully submitted

/s/ *Jason T. Clagg*
Jason T. Clagg
(*jason.clagg@btlaw.com*)
BARNES & THORNBURG, LLP
110 East Wayne Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile: (260) 424-8316

*ATTORNEYS FOR DEFENDANT*
*U.S. NETWORK, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document has been served this 6th day of April 2016, by electronically filing the same with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Mark S. Fusco (#0040604)
Sara Ravas Cooper (#0076543)
Walter | Haverfield LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH 44114

Frank J. Groh-Wargo (#0023317)
Groh-Wargo Co., L.P.A.
2 Berea Commons, Suite 215
Berea, OH 44017

/s/ *Jason T. Clagg*

DMS 3885773v1